No. 3681.—THE PORTO RICAN & AMERICAN INS. Co., aplte., *v.* ORTIZ, apldo.—C. D. Humacao. Daños y perjuicios. Jul. 19, 1926.

POR CUANTO la apelación interpuesta se basa en que la corte sentenciadora cometió error al admitir como prueba

la certificación de la sentencia dictada por la Corte Municipal de Maunabo absolviendo al acusado de una denuncia formulada contra él con motivo del accidente origen de este pleito y en que la dicha corte erró al apreciar la prueba en general;

Por cuanto si bien la admisión de la certificación indicada fué errónea, es lo cierto que la corte sentenciadora no basó su juicio en el juicio de la corte municipal y por tanto el error cometido no puede estimarse como perjudicial en tal grado que lleve consigo la revocación de la sentencia apelada, y

Por cuanto analizada la prueba a la luz de los alegatos escritos de los abogados de ambas partes, no estamos convencidos de que la corte sentenciadora errara al apreciarla en general, ya que de aquella parte de la misma que la dicha corte sentenciadora creyó puede concluirse que. el demandado no fué negligente, habiéndole sido imposible. evitar el choque causante del daño sufrido por Cristóbal Colón, dueño del auto;

Por tanto, no apareciendo claro, además que la demandante tenga causa de acción alguna contra el demandado directamente, *se confirma* la sentencia recurrida.